TONY WEST
United States Department of Justice
Assistant Attorney General
ELIZABETH J. STEVENS
Assistant Director, District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
ARAM A. GAVOOR (CT 426-472)
Trial Attorney, District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division

P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-8014
Fax: (202) 305-7000
Aram.Gavoor@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK ALDORF, an individual,<br><br>                Plaintiff<br><br>   v.<br><br>JANET NAPOLITANO, Secretary of Department of Homeland Security;<br><br>ALEJANDRO MAYORKAS, Director, U.S. Citizenship and Immigration Services;<br><br>PERRY RHEW, Chief, U.S. Citizenship and Immigration Services Administrative Appeals Office;<br><br>F. GERARD HEINAUR, Director, United States Citizenship & Immigration Services Nebraska Service Center,<br><br>                Defendants. | No. 10-cv-5056-BZ<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

NOTICE OF APPEARANCE
No. 10-cv-5056-BZ

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 15-day extension of time within which the Defendants must serve their answer or otherwise respond to the complaint in the above-entitled action or otherwise respond. The answer will be due on or before January 22, 2011.

Dated: December 30, 2010

TONY WEST
Assistant Attorney General
Civil Division

ELIZABETH J. STEVENS
Assistant Director
District Court Section
Office of Immigration Litigation

/s/ *Stephanie Corinna Smith*
STEPHANIE CORINNA SMITH
Weaver Schlenger & Mazel
550 Montgomery Street
Suite 650
San Francisco, CA 94111
Tel: 415-395-9331, ext. 320
Fax: 415-395-9372
Email: scsmith@weaver-schlenger.com

ATTORNEY FOR PLAINTIFF

BY: /s/ *Aram A. Gavoor*
ARAM A. GAVOOR (CTBN 426-472)
U.S. Department of Justice
District Court Section
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8014
Fax: (202) 305-7000
Email: aram.gavoor@usdoj.gov
CT State Bar No.: 426-472
ATTORNEYS FOR DEFENDANTS

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
BERNARD ZIMMERMAN
United States Magistrate Judge