1  TONY WEST
   United States Department of Justice
2  Assistant Attorney General
   ELIZABETH J. STEVENS
3  Assistant Director, District Court Section
   Office of Immigration Litigation
4  U.S. Department of Justice, Civil Division
   Office of Immigration Litigation
5  ARAM A. GAVOOR (CT 426-472)
   Trial Attorney, District Court Section
6  Office of Immigration Litigation
   U.S. Department of Justice, Civil Division
7

8       P.O. Box 868 Ben Franklin Station
        Washington, D.C. 20044
9       Tel: (202) 305-8014
        Fax: (202) 305-7000
10      Aram.Gavoor@usdoj.gov

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14
   FRANK ALDORF, an individual,        )    No. 10-cv-5056-BZ
15                                     )
                   Plaintiff           )
16                                     )
           v.                          )    **STIPULATION TO EXTEND TIME**
17                                     )    **WITHIN WHICH THE DEFENDANTS**
   JANET NAPOLITANO, Secretary of      )    **MUST FILE AN ANSWER OR**
18 Department of Homeland Security;    )    **OTHERWISE RESPOND TO THE**
                                       )    **COMPLAINT**
19 ALEJANDRO MAYORKAS, Director,       )
   U.S. Citizenship and Immigration Services; )
20                                     )
   PERRY RHEW, Chief, U.S. Citizenship and )
21 Immigration Services Administrative )
   Appeals Office;                     )
22                                     )
   F. GERARD HEINAUR, Director, United )
23 States Citizenship & Immigration Services )
   Nebraska Service Center,            )
24                                     )
                   Defendants.         )
25 _____)

26

27

28

STIPULATED EXTENSION
No. 10-cv-5056-BZ

| | |
|---|---|
| 1 | Plaintiff, by and through his attorney of record, and Defendants, by and through their |
| 2 | attorneys of record, hereby stipulate, subject to the approval of the Court, to a 90-day extension of |
| 3 | time within which the Defendants must serve their answer or otherwise respond to the complaint in |
| 4 | the above-entitled action or otherwise respond. The Parties require this additional time because the |
| 5 | United States Citizenship and Immigration Services (USCIS) Administrative Appeals Office (AAO) |
| 6 | has reopened its initial decision - the subject of this litigation - and will require time to adjudicate |
| 7 | Plaintiff's administrative appeal. As part of the reopening, the AAO is providing Plaintiff with 30 |
| 8 | days time to submit additional briefing. The answer will be due on or before April 22, 2011. |

Dated: January 19, 2011

TONY WEST
Assistant Attorney General
Civil Division

ELIZABETH J. STEVENS
Assistant Director
District Court Section
Office of Immigration Litigation

/s/ *Stephanie Corinna Smith*
STEPHANIE CORINNA SMITH
Weaver Schlenger & Mazel
550 Montgomery Street
Suite 650
San Francisco, CA 94111
Tel: 415-395-9331, ext. 320
Fax: 415-395-9372
Email: scsmith@weaver-schlenger.com

ATTORNEY FOR PLAINTIFF

BY: /s/ *Aram A. Gavoor*
ARAM A. GAVOOR (CTBN 426-472)
U.S. Department of Justice
District Court Section
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8014
Fax: (202) 305-7000
Email: aram.gavoor@usdoj.gov
CT State Bar No.: 426-472
ATTORNEYS FOR DEFENDANTS

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/9/an 2011

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

STIPULATED EXTENSION
No. 10-cv-5056-BZ                                    2